DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> $257,497.93 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) | 2:13-CV-1691-LDG-(GWF) |

**UNITED STATES OF AMERICA'S MOTION TO STRIKE THE COMPUTER GENERATED DISCOVERY PLAN/SCHEDULING ORDER DUE BY JUNE 26, 2014, FROM THE NOTICE OF ELECTRONIC FILING IN ECF NO. 20**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Honorable Court for an Order striking the Computer Generated Discovery Plan/Scheduling Order due by June 26, 2014, from the Notice Of Electronic Filing in ECF No. 20. Answer to Complaint (ECF No. 20) in Forfeiture.

. . .

. . .

1  The basis is as follows. Fed. R. Civ. P. 16(b) authorizes exemption of Discovery Plan/Scheduling Order under local rules.  A civil forfeiture in rem action is exempt from a Discovery Plan/Scheduling Order under LR 16-1. "[I]n forfeiture…actions, no discovery plan is required." LR 16-1.

On May 28, 2014, the United States contacted Patricia A. Marr, attorney for Feng Zheng, Tony H. Xie, Xin Hui Liu, Neng M. Ren, Shui Ying Zou, and Lan Qing Lio, who does not object to this Motion. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

DATED this 29th day of May, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/Michael. A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: May 30, 2014

2