# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cv-01691-LDG (GWF) |
| v. | **ORDER** |
| $257,497.93 IN UNITED STATES CURRENCY, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Claimaint Lan Qing Liu's Withdrawal of Claim (#32) is GRANTED;

THE COURT FURTHER **ORDERS** that Claimant Lan Qing Liu's verified claim in the amount of $5,163.68 is withdrawn with prejudice.

DATED this 25 day of April, 2016.

_____
Lloyd D. George
United States District Judge